

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
HONG KONG CITY-DRAGON SHIPPING CO. LTD.,

                                     *Plaintiff*,          09 CV 5345 (JFK)

-v-

BENXI IRON AND STEEL (GROUP)          NOTICE OF APPEAL
INTERNATIONAL ECONOMIC AND            IN A CIVIL CASE
TRADING CO., LTD.,

                                 *Defendant*.
------------------------------------------------------------------x

**Notice** is hereby given that HONG KONG CITY-DRAGON SHIPPING CO. LTD., Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from an order vacating the attachment as to Defendant BENXI IRON AND STEEL (GROUP) INTERNATIONAL ECONOMIC AND TRADING CO., LTD., entered in this action on the 19th day of August 2009.

Dated: Oyster Bay, New York
       August 21, 2009

                                              CHALOS & CO, P.C.
                                              Attorneys for Plaintiff
                                              HONG KONG CITY-DRAGON SHIPPING
                                              CO. LTD.,

                         By:     _____
                                    George M. Chalos (GC-8693)
                                    123 South Street
                                    Oyster Bay, New York 11771
                                    Tel: (516) 714-4300
                                    Fax: (516) 750-9051
                                    Email: gmc@chaloslaw.com

To:    Stanley McDermott, Esq.
        David Wenger, Esq.
        *Attorneys for Defendant*
        DLA Piper LLP (US)
        1251 Avenue of the Americas
        New York, NY 10020