SDNY (NYC)
09-CV-5345
Keenan, John (trj)

# MANDATE



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____
DATE FILED: OCT 29 2009

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

---

HONG KONG CITY-DRAGON SHIPPING CO. LTD.,
   Plaintiff-Appellant
   -v-
BENXI IRON AND STEEL (GROUP) INTERNATIONAL
ECONOMIC AND TRADING CO., LTD.
   Defendant-Appellee

Docket No. 09-3604-cv

---

The undersigned hereby stipulate that the above-captioned appeal is hereby withdrawn without costs and without attorneys' fees pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

The undersigned further stipulate that a signature on this document by facsimile shall be sufficient as an original.

Dated: 09/29/09

_____
GEORGE M. CHALOS
Attorney for Appellant
CHALOS & CO, P.C.
123 SOUTH STREET
OYSTER BAY 11771

Dated: _____

_____
David C. Wenger
Attorney for Appellee
DLA Piper LL(US)
1251 Avenue of the Americas
New York, NY 10020

Counsel: Please print name and firm under signatures.

SO-ORDERED: _____

FOR THE COURT
Catherine O'Hagan Wolfe, Clerk of Court
By _____
Stanley A. Bass, Staff Counsel

Oct. 2, 2009





Certified:

OCT 28 2009